IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| HAWAII CARPENTERS TRUST FUNDS, et al | ) ) ) | CV 09-00246 ACK-LEK |
| Plaintiff(s), | ) ) | |
| vs. | ) ) | |
| TROPICAL BUILDERS, INC. et al, | ) ) | |
| Defendant(s). | ) | |

## ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on October 7, 2009, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation To Enter Default Judgment and Award Damages, Attorneys' Fees and Costs Against Defendant Tropical Builders, Inc." are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawai'i, October 29, 2009.



_____
Alan C. Kay
Sr. United States District Judge