AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII CARPENTERS TRUST FUNDS, Health & Welfare Fund by its trustees,  et al | JUDGMENT IN A CIVIL CASE |
| | Case: CIV NO. 09-0246 ACK-LEK |
| Plaintiff(s), | |
| V. | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII |
| | November 9, 2009 |
| TROPICAL BUILDERS, INC. et al | At 4 o'clock and 00 min p.m. SUE BEITIA, CLERK |
| Defendant(s). | |

[ ]   **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]   **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Default Judgment is entered in favor of Plaintiffs Trustees of the Hawaii Carpenters Trust Funds and against Defendant pursuant to the "Findings and Recommendation To Enter Default Judgment And Award Damages, Attorneys' Fees and Costs Against Defendant Tropical Builders, Inc" filed on October 7, 2009 and the "Order Adopting Magistrate's Findings and Recommendations" filed on October 29, 2009 in the amount of $1,842.50 and costs in the amount of $621.65.

| | |
|---|---|
| November 9, 2009 | SUE BEITIA |
| Date | Clerk |
| | /s/ Sue Beitia by EPS |
| | (By) Deputy Clerk |